UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **ED 13-00723-MWF (OPx)**          Date:  **June 21, 2013**

Title:    C.J. Jackson -*v*- Safeco Insurance Company of America, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                            None Present

PROCEEDINGS (IN CHAMBERS):  ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO PROSECUTE, AND DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS [11]

    On May 29, 2013, the Court granted with leave to amend the Motion to Dismiss (the "Motion") filed by Defendant Safeco Insurance Company of America ("Safeco").  (Docket No. 9; *see also* Docket No. 7).  Plaintiff C.J. Jackson had not filed any opposition to the Motion.

    The Court permitted Mr. Jackson to file an amended complaint within 14 days.  The deadline for Mr. Jackson to file an amended complaint was June 13, 2013.  Mr. Jackson to date has not filed an amended complaint or otherwise responded to the Court's Order.

    The Court finds that Mr. Jackson's failure to oppose the Motion and to file an amended complaint constitutes failure to prosecute and to comply with court rules and orders under Federal Rule of Civil Procedure 41(b).  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002) ("In determining whether to dismiss a claim for failure to prosecute or failure to comply with a court order, the Court must weigh the following factors:  (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives;

---

UNITED STATES DISTRICT COURT     JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **ED 13-00723-MWF (OPx)**      Date: **June 21, 2013**

Title:     C.J. Jackson -*v*- Safeco Insurance Company of America, et al.

---

and (5) the public policy favoring disposition of cases on their merits."); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 989-92 (9th Cir. 1999) (explaining factors supporting dismissal with prejudice for failure to prosecute).

    Because Mr. Jackson failed to follow the Court's directives and rules aimed at the timely prosecution of his case, the Court concludes that the *Pagtalunan* factors weigh in favor of dismissal of this action with prejudice. Mr. Jackson's failure to engage in the litigation he initiated hampers expeditious resolution of the litigation and inhibits the Court's ability to manage its docket. Mr. Jackson has had various opportunities to prosecute this case such that a dismissal with prejudice does not unfairly impact his rights. *See* Local Rule 41-1.

    In addition, on June 13, 2013, Safeco filed a Motion to Dismiss Case After Court's May 29, 2013 Ruling (the "Second Motion"), arguing that this action should be dismissed pursuant to Rule 41(b). (Docket No. 11). The Court need not consider the Second Motion, which is DENIED AS MOOT. However, the Court notes that Mr. Jackson likewise has not filed any opposition to the Second Motion, which only confirms the Court's conclusion that this action must be dismissed for failure to prosecute.

    Accordingly, the action is DISMISSED WITH PREJUDICE for failure to prosecute and to comply with court rules and orders.

    This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court ORDERS the Clerk to treat this order, and its entry on the docket, as an entry of judgment.

    IT IS SO ORDERED.

---